1  JAMES R. WILLIAMS, County Counsel (S.B. #271253)
   BRYAN K. ANDERSON, Deputy County Counsel (S.B. #170666)
2  G. ALLEN BRANDT, Deputy County Counsel (S.B. #264935)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding Street, East Wing, Ninth Floor
   San Jose, California  95110-1770
4  Telephone: (408) 299-5900
   Facsimile:  (408) 292-7240
5
   Attorneys for Defendants
6  COUNTY OF SANTA CLARA, JON QUIRO,
   EDWARD MEYERS, ADAM TORREZ,
7  ALEXANDER MACDONALD, RYAN
   HERNANDEZ, ELMER WHEELER, THEODORE
8  SHELTON, SHANE BOCANEGRA, JASON
   SATARIANO, ALBERTO LOAIZA, SEAN
9  LOZADA, and ARTURO PADILLA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| MARINA ROCHES et al., | No. 17-CV-06077 BLF (NC) |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

I, G. Allen Brandt, hereby respectfully request that I also be recognized by the court as counsel of record for Defendants County of Santa Clara, Jon Quiro, Edward Meyers, Adam Torrez, Alexander MacDonald, Ryan Hernandez, Elmer Wheeler, Theodore Shelton, Shane Bocanegra, Jason Satariano, Alberto Loaiza, Sean Lozada, and Arturo Padilla, and receive electronic filing

/ /
/ /
/ /
/ /
/ /

1  notifications in the above-captioned case.

2

3  Dated: July 11, 2018                         Respectfully submitted,

4                                               JAMES R. WILLIAMS
                                                COUNTY COUNSEL
5

6                                         By:         /S/
                                                G. ALLEN BRANDT
7                                               Deputy County Counsel

8                                               Attorneys for Defendants
                                                COUNTY OF SANTA CLARA, JON QUIRO,
9                                               EDWARD MEYERS, ADAM TORREZ,
                                                ALEXANDER MACDONALD, RYAN
10                                              HERNANDEZ, ELMER WHEELER,
                                                THEODORE SHELTON, SHANE
11                                              BOCANEGRA, JASON SATARIANO,
                                                ALBERTO LOAIZA, SEAN LOZADA, and
12                                              ARTURO PADILLA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  1813054